MAUDE B. BOOTH and Another, Executors and Trustees, etc., of ARNOLD BOOTH, Deceased, Appellants, v. THE STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

WICENTY DZIKOWSKI, as Administrator, etc., of CASIMER DZIKOWSKI, Sometimes Known as CHARLES JACKSON, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, and Another.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

JOHN SHELLEY, Appellant, v. ANTHONY BRADY and JOSEPH A. BRADY, Doing Business as BRADY BROS., Respondents.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

LUCY L. SALAMINA, an Infant, by ANGELO SALAMINA, Her Guardian ad Litem, Respondent, v. JAMES DELLAQUELLA, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

FRED J. MURPHY, Appellant, v. RICHARD H. CLARK and Another, Respondents.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

ALBERT BRENNAN, an Infant, by RICHARD J. BRENNAN, His Guardian ad Litem, Respondent, v. DANIEL J. BORAH, Appellant. MYRON BRENNAN, an Infant, by RICHARD J. BRENNAN, His Guardian ad Litem, Respondent, v. DANIEL J. BORAH, Appellant.— Orders reversed, on the law and facts, and verdicts reinstated, with costs in one action, upon the ground that the facts proved justified the verdicts. Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.

FRED L. ANDERSON, Respondent, v. BETSY I. MACPHERSON, Appellant.— Judgment and order reversed on the law and new trial granted, with costs to the appellant to abide the event, on the ground that there was no evidence of lawful consideration for defendant's promise to pay. Van Kirk, P. J., Davis and Whitmyer, JJ., concur; Hill and Hasbrouck, JJ., dissent and vote for affirmance on the ground that the evidence showed there was a consideration.

NATHAN GEIGER and Another, Appellants, v. THE CITY OF SARATOGA SPRINGS and Another, Respondents.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

PEARL C. RANDALL, Appellant, v. ELMER A. RANDALL, Respondent.— Order reversed on the law and facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the defendant has not shown sufficient grounds for modification of the judgment in respect to alimony. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

VILLAGE OF CHATEAUGAY, Respondent, v. CHASM POWER COMPANY and Others, Appellants.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

WILLIAM A. WEST, by His General Guardian, BERT E. WEST, Appellant, v. THE DELAWARE AND HUDSON COMPANY, Respondent.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

ROSE KATZ, Respondent, v. MORRIS LIPSIUS, Appellant, Impleaded with

Another, Defendant. SIDNEY KATZ, an Infant under Fourteen Years of Age, by SAM KATZ, Guardian ad Litem, Respondent, v. MORRIS LIPSIUS, Appellant, Impleaded with Another, Defendant. GEORGE KATZ, an Infant, etc., by SAM KATZ, Guardian ad Litem, Respondent, v. MORRIS LIPSIUS, Appellant, Impleaded with Another, Defendant. ABE KATZ, an Infant, etc., by SAM KATZ, Guardian ad Litem, Respondent, v. MORRIS LIPSIUS, Appellant, Impleaded with Another, Defendant. ABRAHAM ZELENETSKY, Respondent, v. MORRIS LIPSIUS, Appellant, Impleaded with Another, Defendant.— Judgments and orders unanimously affirmed, with costs in one action. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

RUSSELL GRAY, Respondent, v. FREDERICK W. KROEHLE, Appellant, Impleaded with Another, Defendant.— Order modified by striking out of the notice of examination, by consent, the words " the operation of said car," in the last sentence of said notice, and as so modified the order is affirmed, with ten dollars costs and disbursements. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

FRANK SARNOWSKI, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY and ALBANY COCA COLA BOTTLING WORKS, INC., Respondents. HENRY SARNOWSKI, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY and ALBANY COCA COLA BOTTLING WORKS, INC., Respondents.— Judgments unanimously affirmed, with costs in one action, on the authority of *Miller* v. *New York Central R. R. Co.* (226 App. Div. 205). Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

NATHAN M. GILBERT, Respondent, v. HARRY S. KOFFMAN, Appellant.*— Judgment affirmed, with costs. Van Kirk, P. J., Whitmyer and Hasbrouck, JJ., concur; Hinman and Davis, JJ., dissent and vote for reversal and a new trial on the ground that no question of fraud was asserted or submitted to the jury, and that the plaintiff at all times had in his possession a written agreement showing exactly the amount due and payable by him on the automobile.

SUNDAY TELEGRAM CORPORATION, Respondent, v. BOARD OF SUPERVISORS OF THE COUNTY OF ALBANY, Appellant.— Order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

WILLET LOUNSBURY, Respondent, v. FLOYD GRANT and Another, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

BEATRICE SWARTFIGURE, Appellant, v. W. RONALD SWARTFIGURE, Respondent, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER COHEN, Relator, v. ALBERT CONWAY, as Superintendent of Insurance of the State of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

ERNEST G. HAND, Respondent, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Order and judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Application of LAWRENCE MURPHY for an Order of Peremptory Mandamus against WILLIAM HUTTON, JR., Commissioner of Public Safety of the City of Troy, and JOHN J. HEALY and Others, Civil Service Com-

---

* Affd., 252 N. Y. 602.